**Order entered March 29, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00147-CV

### IN RE LEONEL MOLINA, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05498-A**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator Leonel Molina's petition for writ of mandamus and **DIRECT** the trial court to issue a written order vacating its October 19, 2018 order on plaintiff's motion to strike responsible third party designation. We further **ORDER** the trial court to file with this Court, within seven (7) days of the date of this order, a certified copy of its order issued in compliance with this order and with the Court's opinion of this date. Should the trial court fail to comply with this order, the writ will issue.

We **ORDER** the real party in interest to bear the costs, if any, of this original proceeding.

/s/    BILL WHITEHILL
       JUSTICE

Partida-Kipness, J., dissenting